MARTÍNEZ *v.* LA CORTE DE DISTRITO DE MAYAGÜEZ.

SOLICITUD para que se expida un auto de *certiorari*.

No. 13.   Resuelto en Octubre 11, 1905.

CERTIORARI.—PROCEDIMIENTOS CONTRARIOS Á LA LEY.—Para que el auto de *certiorari* proceda es condición necesaria que el procedimiento sea contrario á la ley.

ID.—DESAHUCIO.—NOMBRAMIENTO DE UN SÍNDICO.—No comete error el Tribunal que, en un juicio de desahucio, en el que se ha prohibido al demandado recolectar los frutos y utilizar determinados establecimientos de la finca objeto del mismo, decreta el nombramiento de un síndico, á petición del demandante, por estar el caso comprendido en el artículo 182 del Código de Enjuiciamiento Civil.

Abogado del peticionario: *Sr. Martínez.*

### EXPOSICIÓN DEL CASO.

En juicio de desahucio de finca rústica seguido ante la Corte de Distrito de Mayagüez, por María Moreno contra Víctor Martinez, se solicitó por la demandante un *injunction* para que el demandado se abstuviera de recolectar los frutos de dicha finca, y de utilizar determinados establecimientos de la misma, y concedido dicho *injunction*, la propia demandante solicitó de la Corte de Distrito que se nombrara un Síndico que se hiciera cargo de la recolección de dichos frutos y conservación de los referidos establecimientos. Acordado el nombramiento, y no siendo apelable la resolución presentó la parte demandada una solicitud al Tribunal Supremo interesando que éste expidiera un mandamiento de *certiorari,* contra la Corte de Distrito de Mayagüez, para que ésta remitiera las actuaciones del referido pleito, y en su día se enmendara la resolución impugnada, por no estar comprendido el nombramiento de Síndico en este caso, en los que enumera el art. 182 del Código de Enjuiciamiento Civil.

### OPINIÓN DEL TRIBUNAL.

No resultando que el caso de nombramiento de Síndico á que se refiere el peticionario, sea de los no comprendidos en la sec. 182 del Código de Enjuiciamiento Civil, ni que los procedimientos de la corte hayan sido contrarios á la ley, condición necesaria para otorgar el auto de *certiorari,* no há lugar á librar dicho auto.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras, Mac Leary y Wolf.